## STATEMENT OF FACTS

On or about April 3, 2019, members of the Metropolitan Police Department's (MPD) Gun Recovery Unit (GRU) were on patrol when they observed the defendant Delonte Mundaray and two other individuals standing on the sidewalk in the 4400 block of Falls Terrace S.E., Washington, D.C. When the defendant saw the officers he lifted his jacket so the officers could see the front of his waistband. As the officers began to get out of their vehicles to speak with these individuals, the defendant turned and immediately ran away from them. The officers pursued the defendant as he ran down a stairwell of an apartment building and attempted to enter an apartment door. The officers ordered the defendant to come back up the stairs and immediately saw a firearm sticking out of the defendant's jacket pocket. The officers detained the defendant and recovered a loaded Glock 23, .40 caliber pistol with an extended magazine from the defendant's jacket pocket and placed him under arrest.

To the best of the undersigned Detective's knowledge, defendant Delonte Mundaray has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of the defendant through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court for District of Columbia, Criminal Case No. 2015-CF3-008071. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. There are no firearms manufacturers in the District of Columbia.

_____
DETECTIVE KIRK DEL PO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE